IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS INC..        Civil Action No.  08 CIV 4238

    Plaintiff,

**Rule 7.1 Statement**

FRANK POOL ROOM.
d/b/a FRANK'S POOL ROOM & RESTAURANT
and FRANCISCO HERNANDEZ

    Defendants,

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garden City Boxing Club, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: May 1, 2008                    /s/ Paul J. Hooten
                                                 Signature of Attorney
                                                 Paul J. Hooten, Esq.
                                                 Attorney Bar Code: PJH9510