UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                     Plaintiff,                            Index # 08-CV-4238

    -against-

                                                     **CERTIFICATE OF SERVICE**

FRANK POOL ROOM
d/b/a FRANK POOL ROOM & RESTAURANT
and FRANCISCO HERNANDEZ
                     Defendants,
_____

       I certify that a copy of the May 13, 2008, Initial Scheduling Conference Notice and Order, Scheduling Order Requirements and Individual Practices of Judge Richard J. Holwell was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on May 16, 2008:

To:    Frank Pool Room
        d/b/a Frank Pool Room & Restaurant
        185 East 167th Street
        Bronx, NY 10456

        Francisco Hernandez
        185 East 167th Street
        Bronx, NY 10456


                                    By:    /s/ Lucille Eichler
                                             Lucille Eichler
                                             Paul J. Hooten & Associates
                                             5505 Nesconset Highway, Suite 203
                                             Mt. Sinai, NY 11766