C9P – PERSONAL
PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

**J& J SPORTS PRODUCTIONS, INC.,**
    PLAINTIFF
– vs. –

**FRANK POOL ROOM DBA FRANK'S POOL ROOM &
RESTAURANT ET ANO,**
    DEFENDANT
_____/

Index No: **08 CIV 4238**
Date Filed: **05/05/2008**
Office No: **132847**
Court Date: **N/A**

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**ROBERT CRANDALL** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **05/31/2008** at **12:49PM** at **185 E. 167TH STREET , BRONX, NY 10456**, I served the **SUMMONS AND COMPLAINT** upon **FRANCISCO HERNANDEZ** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**   COLOR: **BROWN**   HAIR: **BROWN**
APP. AGE: **44**   APP. HT: **5'8**   APP. WT: **195**
OTHER IDENTIFYING FEATURES:

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **FRANCISCO HERNANDEZ** the **DEFENDANT** in this action.

Sworn to before me on **06/03/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ROBERT CRANDALL – 955171
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1PJH970450**
AP


