FORM C9B
1PJH970449 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

**J&J SPORTS PRODUCTIONS, INC.,**

    PLAINTIFF

– vs. –

**FRANK POOL ROOM DBA FRANK'S POOL ROOM &
RESTAURANT ET ANO,**

    DEFENDANT

---

Index No: **08 CIV 4238**
Date Filed: **05/05/2008**
Office No: **132847**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ROBERT CRANDALL** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/31/2008** at **12:49PM** at **185 E. 167TH STREET , BRONX, NY 10456**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **FRANK POOL ROOM DBA FRANK'S POOL ROOM & RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **FRANCISCO HERNANDEZ, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **MALE** | COLOR: **BROWN** | HAIR: **BROWN** |
|---|---|---|
| APP. AGE: **44** | APP. HT: **5'8** | APP. WT: **195** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/03/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ROBERT CRANDALL – 955171
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

