UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

       Plaintiff    CIVIL NO. 08-CV-04238

 -AGAINST-

FRANK POOL ROOM
d/b/a FRANK'S POOL ROOM & RESTAURANT
and FRANCISCO HERNANDEZ    **DEFAULT JUDGMENT**

       Defendant
----------------------------------------------------X

  This action having been commenced on May 5, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Frank Pool Room d/b/a Frank's Pool Room & Restaurant and Francisco Hernandez on May 31, 2008, and a proof of service having been filed on June 6, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired.  The Clerk also noted the defendant's default on June 27, 2008, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from May 6, 2006, amounting to $3,900.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $24,370.00.

Dated: New York, New York
   _____

              _____
              Richard J. Holwell
              United States District Judge

              This document was entered on the docket
              on _____