UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J&J SPORTS PRODUCTIONS, INC.,

               Plaintiff,

      -against-

FRANK POOL ROOM
d/b/a FRANK'S POOL ROOM & RESTAURANT
and FRANCISCO HERNANDEZ,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

08 Civ. 4238 (RJH)

**ORDER**

      The Court has received Plaintiff's application for entry of default judgment. This application does not comply with the applicable rules and is denied. *See* Fed. R. Civ. P. 55; Local Civil Rule 55.2; Individual Practices of Judge Richard J. Holwell, Default Judgment Procedure. Plaintiff's application does not include (1) a certificate of default, signed and stamped by the Clerk of the Court, stating that the defendants were properly served with the complaint and failed to answer and/or appear, (2) a representation by affidavit that defendant Francisco Hernandez is not an infant, an incompetent, or serving in the military, (3) a representation by affidavit that Defendants have been provided with notice of Plaintiff's application for default judgment in accordance with the requirements of this Court's Individual Practices, (4) definitive information and documentation from which the amount of damages provided in the proposed judgment can be calculated, or (5) a representation by affidavit that no part of the judgment sought has been paid, other than indicated in the motion. The Court directs Plaintiff to consult this Court's Individual Practices and its decision in *J & J Sports Productions, Inc. v. Schrader Restaurant Corp.*,

485 F. Supp. 2d 422, 424 (S.D.N.Y. 2007), before filing another application for default judgment.

SO ORDERED.

Dated: New York, New York
July 8, 2008

/s/ Richard J. Holwell
Richard J. Holwell
United States District Judge