```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

- against -

FRANK POOL ROOM,

                Defendant.

1:08-cv-04238-RJH

**ORDER**

      Plaintiff's motion for default judgment [11] was resolved by order dated March 4, 2009. As a housekeeping matter, the Clerk is directed to mark this motion closed.

SO ORDERED.

Dated: New York, New York
       August 14, 2009

                                            Richard J. Holwell
                                          United States District Judge